1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DYLAN L. DUNN,                          1:06-CV-0088 AWI DLB P

12          Plaintiff,                       ORDER TO SUBMIT NEW
                                             APPLICATION TO PROCEED
13          vs.                              IN FORMA PAUPERIS AND
                                             CERTIFIED COPY OF TRUST
14   J. CASTRO, et al.,                      ACCOUNT STATEMENT **OR**
                                             PAY FILING FEE
15
            Defendants.
16   _____/

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18   to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis did not include the

20   required original signature by an authorized officer of the institution of incarceration.

21   Additionally, plaintiff has not filed a certified copy of his prison trust account statement for the

22   six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

23   Plaintiff will be provided the opportunity to submit a new application to proceed in forma

24   pauperis and a certified copy of his trust account statement, **or** to pay the $250.00 filing fee.

25          Accordingly, IT IS HEREBY ORDERED that:

26

                                             1

1          1. The Clerk's Office shall send to plaintiff the form for application to proceed in

2   forma pauperis.

3          2. Within thirty days of the date of service of this order, plaintiff shall submit a

4   completed application to proceed in forma pauperis and a certified copy of his prison trust

5   account statement for the six month period immediately preceding the filing of the complaint, or

6   in the alternative, to pay the $250.00 filing fee for this action.  Failure to comply with this order

7   will result in a recommendation that this action be dismissed.

8        IT IS SO ORDERED.

9        **Dated:    March 7, 2006**              **/s/ Dennis L. Beck**
    3c0hj8                              UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2