IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN L. DUNN, )<br> )<br> Plaintiff, )<br> )<br> vs. )<br> )<br>J. CASTRO, et al., )<br> )<br> Defendants. )<br> )<br>_____ ) )  | 1:06-CV-00088-AWI DLB-P<br><br>SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE<br><br>CLERK ORDERED TO SERVE PLAINTIFF WITH TWO COPIES OF THIS ORDER TOGETHER WITH A BLANK APPLICATION TO PROCEED IN FORMA PAUPERIS |

 Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On January 27, 2006, plaintiff submitted an application to proceed in forma pauperis.  On March 8, 2006, the court ordered plaintiff to submit a new application to proceed in forma pauperis or pay the $250.00 filing fee.   Plaintiff's previous application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration.  Additionally, plaintiff has not submitted a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915.

Plaintiff has submitted to the court information that he has attempted to obtain a completed in forma pauperis application on several occasions, however, he has been unsuccessful in his attempts.  The court has only received the one application on January 27, 2006.  Plaintiff will be provided an additional opportunity to comply with the court's order to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $250.00 filing fee.

It is ultimately plaintiff's responsibility to comply with the court's order by following institutional procedures or otherwise assuring that the court receives the required documents or the filing fee.  Plaintiff is directed to provide a copy of this order to the prison trust office.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis, and two copies of this order.  Plaintiff is to provide one copy to the prison trust office.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and an original certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action.

Failure to comply with this order will result in a recommendation that this action be dismissed.


IT IS SO ORDERED.

Dated:   April 21, 2006                    **/s/ Dennis L. Beck**
3c0hj8                                     UNITED STATES MAGISTRATE JUDGE

2