IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DYLAN DUNN,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**J. CASTRO, et al.,**<br><br>                                    Defendants. | 1:06-CV-0088 AWI DLB P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**<br><br>**RESPONSE DUE JULY 13, 2007**<br><br>[Doc. 25] |

Defendants' request for an extension of time to respond to Plaintiff's motion to dismiss was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that defendants have until July 13, 2007, to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:  **June 6, 2007**             /s/ **Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE

1