# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN DUNN., | 1:06-CV-00088 AWI DLB P |
| Plaintiff, | AMENDED ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME. |
| v. | |
| J. CASTRO, | OPPOSITION DUE 7/13/07 |
| Defendant. | [Doc. 25 & 27] |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On June 4, 2007, plaintiff filed a motion for an extension of time to file objections to defendant's motion to dismiss.   Upon reviewing plaintiff's motion, good cause exists for the extension.

Plaintiff shall file any opposition to defendant's motion to dismiss by July 13, 2007.  This order amends the order issued by the court signed on June 6, 2007.

IT IS SO ORDERED.

Dated:   **June 8, 2007**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE