IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DYLAN DUNN,** <br><br> Plaintiff, <br><br> v. <br><br> **J. CASTRO, et al.,** <br><br> Defendants. | 1:06-cv-0088 AWI DLB P <br><br> **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE REPLY FOR MOTION TO DISMISS** |

The Court has considered the request of Defendants Ortiz, Scribner, Yamamoto, Stockman and Surges for a fifteen-day extension to file a reply to Plaintiff's opposition to their motion to dismiss. Good cause having been shown, Defendants shall have until August 10, 2007, to file their reply.

IT IS SO ORDERED.

**Dated:** **July 27, 2007**        /s/ **Dennis L. Beck**
                                                                                     UNITED STATES MAGISTRATE JUDGE