UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**USCA NUMBER:** _____
USCA, please fill in your case number on the copy provided and <u>return</u> to the US District Court.

**TO:**      CLERK, U.S. COURT OF APPEALS

**FROM:**    CLERK, U.S. DISTRICT COURT

**SUBJECT:** NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **1:06–CV–00088–AWI–DLB** |
| USDC Judge: | **JUDGE ANTHONY W. ISHII** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **DYLAN L. DUNN vs. J CASTRO** |
| Type: | **CIVIL** |
| Complaint Filed: | **1/27/2006** |
| Appealed Order/Judgment Filed: | **3/21/2008** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: Not Paid – Billed**

Information prepared by: /s/ **J. Hellings , Deputy Clerk**