FILED

APR 01 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DYLAN LEE DUNN,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>J. CASTRO; et al.,<br><br>      Defendants - Appellants. | No. 08-15957<br><br>D.C. No. 06-CV-88-AWI<br>Eastern District of California,<br>Fresno<br><br>ORDER |

Upon review of appellants' March 27, 2009 status report, the court sua sponte lifts the stay of appellate proceedings. The court will address appellee's motion for appointment of counsel by separate order and a briefing schedule will be established at that time.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Curt Pham
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

CP/MOATT